# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to:

JAMES REDMOND, *et al.*,                                    Civil Action No.: 1:20-cv-01160

      Plaintiff,

v.

COOK MEDICAL, INC., *et al.*

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, James Redmond, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Actin No. 1:20-cv-01160.

Dated: September 25, 2024
                                             By: */s/ Andrew F. Kirkendall*
                                             Andrew F. Kirkendall
                                             Texas Bar No. 24050882
                                             Alexander G. Dwyer
                                             Texas Bar No. 24054271
                                             Kirkendall Dwyer LLP
                                             4343 Sigma Rd., Ste 200
                                             Dallas, TX 75244
                                             Phone: 214-271-4027
                                             Fax: 214-253-0629
                                             ak@kirkendalldwyer.com
                                             ad@kirkendalldwyer.com

                                             *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Andrew F. Kirkendall*